UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ALAN W SPIES | § | Case No. 12-09955 |
| KATHLEEN M SPIES | § | |
| | § | |
| Debtors | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 138,300.00 *(Without deducting any secured claims)* | Assets Exempt: 115,421.00 |
| Total Distributions to Claimants: 16,802.98 | Claims Discharged Without Payment: 532.86 |
| Total Expenses of Administration: 68,197.02 | |

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00  (see **Exhibit 2**), yielded net receipts of $ 85,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 68,197.02 | 68,197.02 | 68,197.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 37,873.84 | 37,873.84 | 16,802.98 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 106,070.86 | $ 106,070.86 | $ 85,000.00 |

   4)  This case was originally filed under chapter 7 on  03/13/2012 .  The case was pending for 68 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/25/2017            By: /s/KAREN R. GOODMAN
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| KATHLEEN SPIES V. AMERICAN MEDICAL SYSTEMS, INC. | 1242-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kathleen Spies | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | NA | 7,500.00 | 7,500.00 | 7,500.00 |
| KAREN R. GOODMAN | 2200-000 | NA | 130.18 | 130.18 | 130.18 |
| Administrative Allocation Expenses | 2500-000 | NA | 587.00 | 587.00 | 587.00 |
| Administrative Allocatoin Expenses | 2500-000 | NA | 379.00 | 379.00 | 379.00 |
| Anthem BCBS/Wellpoingt | 2500-000 | NA | 5,281.27 | 5,281.27 | 5,281.27 |
| MDL Court-Ordered Assessment | 2500-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| Primary Counsel case-specific expenses | 2500-000 | NA | 1,835.35 | 1,835.35 | 1,835.35 |
| Settlement Allocation Expenses | 2500-000 | NA | 300.00 | 300.00 | 300.00 |
| Associated Bank | 2600-000 | NA | 153.72 | 153.72 | 153.72 |
| TAFT STETTINIUS & HOLLISTER LLP | 3120-000 | NA | 9,030.50 | 9,030.50 | 9,030.50 |
| Aylstock, Witkin, Kreis & Overholtz, PLLC | 3210-000 | NA | 37,240.00 | 37,240.00 | 37,240.00 |
| Aylstock, Witkin, Kreis & Overholtz | 3220-000 | NA | 760.00 | 760.00 | 760.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 68,197.02 | $ 68,197.02 | $ 68,197.02 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 7100-000 | NA | 1,191.78 | 1,191.78 | 1,155.15 |
| 3 | ATLAS ACQUISITIONS LLC (HSBC BANK NEVADA NATIONA) | 7100-000 | NA | 891.00 | 891.00 | 863.61 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 954.01 | 954.01 | 924.69 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 896.99 | 896.99 | 869.42 |
| 8 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 909.33 | 909.33 | 881.38 |
| 10 | CAPITAL ONE, N.A. | 7100-000 | NA | 1,825.33 | 1,825.33 | 1,769.22 |
| 11 | CAPITAL ONE, N.A. | 7100-000 | NA | 768.26 | 768.26 | 744.65 |
| 4 | DISCOVER BANK | 7100-000 | NA | 4,381.11 | 4,381.11 | 4,246.45 |
| 9 | MIDLAND CREDIT MANAGEMENT, INC. | 7100-000 | NA | 984.67 | 984.67 | 954.40 |
| 12 | nicor gas | 7100-000 | NA | 1,465.73 | 1,465.73 | 1,420.67 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 2,173.04 | 2,173.04 | 2,106.25 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 894.59 | 894.59 | 867.09 |
| 13 | Palos Hills Surgery Center | 7200-000 | NA | 20,538.00 | 20,538.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ NA | $ 37,873.84 | $ 37,873.84 | $ 16,802.98 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-09955 | JBS | Judge: | Jack B. Schmetterer | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | ALAN W SPIES | | | | Date Filed (f) or Converted (c): | 03/13/2012 (f) |
| | KATHLEEN M SPIES | | | | 341(a) Meeting Date: | 03/09/2016 |
| For Period Ending: | 10/25/2017 | | | | Claims Bar Date: | 05/09/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. KATHLEEN SPIES V. AMERICAN MEDICAL SYSTEMS, INC. (u) | 60,000.00 | 0.00 | | 100,000.00 | FA |
| 2. Checking Account - PNC Bank | 151.00 | 0.00 | | 0.00 | FA |
| 3. Savings Account-PNC Bank | 8,919.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Items | 500.00 | 0.00 | | 0.00 | FA |
| 5. Clothes | 250.00 | 0.00 | | 0.00 | FA |
| 6. Walmart 401(k) | 700.00 | 0.00 | | 0.00 | FA |
| 7. 2001 Chevrolet Blazer | 2,501.00 | 0.00 | | 0.00 | FA |
| 8. 1998 Chevrolet Van | 700.00 | 0.00 | | 0.00 | FA |
| 9. Residence--5701 W. 88th St., Oak Lawn, IL | 170,000.00 | 0.00 | | 0.00 | FA |
| 10. Potential personal injury lawsuit for Allen Spies (u)<br><br>This asset was identifed on Amended Schedule B filed on 7/10/12 with a value of $25,000 and is fully exempt. | 25,000.00 | Unknown | | 0.00 | FA |
| 11. Workers Compensation claim for Kathleen Spies (u)<br><br>This asset was identified on Amended Schedule C filed on 7/10/12 with a value of $30,000 and is fully exempt. | 30,000.00 | Unknown | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $298,721.00 | $0.00 | | $100,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09955 | Trustee Name: KAREN R. GOODMAN |
| Case Name: ALAN W SPIES | Bank Name: Associated Bank |
| KATHLEEN M SPIES | Account Number/CD#: XXXXXX3342 |
| | Checking |
| Taxpayer ID No: XX-XXX8621 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/27/17 | | 2014 AMS Qualified Settlement Fund c/o American Deposit Management Co. P.O. Box 180258 Delafield, WI 53018 | Mesh litigation settlement per Court Order dated 1/26/17 | | $48,617.38 | | $48,617.38 |
| | | | Gross Receipts  $100,000.00 | | | | |
| | | MDL Court-Ordered Assessment | Administrative Cost Amount  ($100.00) | 2500-000 | | | |
| | | MDL Court-Ordered Assessment | Settlement Allocation  ($4,900.00) | 2500-000 | | | |
| | | Aylstock, Witkin, Kreis & Overholtz, PLLC | Settlement Allocation of attorney's fees  ($37,240.00) | 3210-000 | | | |
| | | Aylstock, Witkin, Kreis & Overholtz | Administrative Cost Amount  ($760.00) | 3220-000 | | | |
| | | Anthem BCBS/Wellpoingt | Medical Lien  ($5,281.27) | 2500-000 | | | |
| | | Administrative Allocatoin Expenses | Claimant share of general administrative expenses  ($379.00) | 2500-000 | | | |
| | | Administrative Allocation Expenses | Case-specific administration expenses  ($587.00) | 2500-000 | | | |
| | | Settlement Allocation Expenses | Claimant share of primary counsel general expenses  ($300.00) | 2500-000 | | | |
| | | Primary Counsel case-specific expenses | Copy Charges and Mailing Supplies  ($0.84) | 2500-000 | | | |
| | | Primary Counsel case-specific expenses | Court Costs & Filing Fees  ($715.00) | 2500-000 | | | |
| | | Primary Counsel case-specific expenses | Medical Record Retrieval  ($1,074.91) | 2500-000 | | | |
| | | Primary Counsel case-specific expenses | Postage Charges  ($42.68) | 2500-000 | | | |
| | | Primary Counsel case-specific expenses | AMS Tort-Related Miscellaneous Expenses  ($1.92) | 2500-000 | | | |
| | 1 | | KATHLEEN SPIES V. AMERICAN MEDICAL SYSTEMS, INC.  $100,000.00 | 1242-000 | | | |

| | | | Page Subtotals: | | $48,617.38 | $0.00 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09955 | Trustee Name: KAREN R. GOODMAN |
| Case Name: ALAN W SPIES | Bank Name: Associated Bank |
| KATHLEEN M SPIES | Account Number/CD#: XXXXXX3342 |
| | Checking |
| Taxpayer ID No: XX-XXX8621 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.65 | $48,605.73 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.92 | $48,535.81 |
| 05/17/17 | 101 | Kathleen Spies | Exemption for Personal Injury Action | 8100-002 | | $15,000.00 | $33,535.81 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $72.15 | $33,463.66 |
| 08/31/17 | 102 | Karen R. Goodman<br>Taft Stettinius & Hollister LLP | Compensation to Trustee per Court Order dated August 29, 2017 | 2100-000 | | $7,500.00 | $25,963.66 |
| 08/31/17 | 103 | Karen R. Goodman<br>Taft Stettinius & Hollister LLP | Expenses for Trustee per Court Order of August 29, 2017 | 2200-000 | | $130.18 | $25,833.48 |
| 08/31/17 | 104 | Taft Stettinius & Hollister LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, Illinois 60601 | Compensation to Counsel for Trustee per Court Order of August 29, 2017 | 3120-000 | | $9,030.50 | $16,802.98 |
| 08/31/17 | 105 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK (SOUTH DAKOTA), N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | First and Final Distribution for Claim No. 1 per court Order dated August 29, 2017 | 7100-000 | | $2,106.25 | $14,696.73 |
| 08/31/17 | 106 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>TD Bank USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | First and Final Distribution for Claim No. 2 per court Order dated August 29, 2017 | 7100-000 | | $1,155.15 | $13,541.58 |
| 08/31/17 | 107 | ATLAS ACQUISITIONS LLC (HSBC BANK NEVADA NATIONA)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | First and Final Distribution for Claim No. 3 per court Order dated August 29, 2017 | 7100-000 | | $863.61 | $12,677.97 |
| 08/31/17 | 108 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | First and Final Distribution for Claim No. 4 per court Order dated August 29, 2017 | 7100-000 | | $4,246.45 | $8,431.52 |

Page Subtotals: $0.00 $40,185.86

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-09955 | Trustee Name: KAREN R. GOODMAN |
| Case Name: ALAN W SPIES | Bank Name: Associated Bank |
| KATHLEEN M SPIES | Account Number/CD#: XXXXXX3342 |
| | Checking |
| Taxpayer ID No: XX-XXX8621 | Blanket Bond (per case limit): $54,824,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/17 | 109 | QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | First and Final Distribution for Claim No. 5 per court Order dated August 29, 2017 | 7100-000 | | $867.09 | $7,564.43 |
| 08/31/17 | 110 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | First and Final Distribution for Claim No. 6 per court Order dated August 29, 2017 | 7100-000 | | $924.69 | $6,639.74 |
| 08/31/17 | 111 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | First and Final Distribution for Claim No. 7 per court Order dated August 29, 2017 | 7100-000 | | $869.42 | $5,770.32 |
| 08/31/17 | 112 | CAPITAL ONE BANK (USA), N.A.<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | First and Final Distribution for Claim No. 8 per court Order dated August 29, 2017 | 7100-000 | | $881.38 | $4,888.94 |
| 08/31/17 | 113 | MIDLAND CREDIT MANAGEMENT, INC. AS AGENT FOR ASSET ACCEPTANCE LLC<br>PO BOX 2036<br>WARREN, MI 48090 | First and Final Distribution for Claim No. 9 per court Order dated August 29, 2017 | 7100-000 | | $954.40 | $3,934.54 |
| 08/31/17 | 114 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | First and Final Distribution for Claim No. 10 per court Order dated August 29, 2017 | 7100-000 | | $1,769.22 | $2,165.32 |
| 08/31/17 | 115 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | First and Final Distribution for Claim No. 11 per court Order dated August 29, 2017 | 7100-000 | | $744.65 | $1,420.67 |
| 08/31/17 | 116 | Nicor Gas<br>PO Box 549<br>Aurora, IL 60507 | First and Final Distribution for Claim No. 12 per court Order dated August 29, 2017 | 7100-000 | | $1,420.67 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $48,617.38 | $48,617.38 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $48,617.38 | $48,617.38 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $48,617.38 | $33,617.38 |
| Page Subtotals: | $0.00 | $8,431.52 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3342 - Checking | $48,617.38 | $33,617.38 | $0.00 |
|  | $48,617.38 | $33,617.38 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $51,382.62 |
|---|---|
| Total Net Deposits: | $48,617.38 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals:    $0.00    $0.00